**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No.: 3:21-bk-02720-JAF
Chapter 13

**Carmen Rivera Baeza,**

Debtor.

_____/

**MOTION TO COMPEL DEBTOR TO AMEND PLAN TO ADDRESS**
**DELINQUENT TAXES, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE**

Secured Creditor, **SN SERVICING CORPORATION, AS SERVICING AGENT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST** ("Secured Creditor"), by and through its undersigned attorney, hereby files this Motion to Compel Debtor To Amend Plan To Address Delinquent Taxes, or in the Alternative, Motion To Dismiss Case pursuant to 11 U.S.C § 1307.  In support of its Motion, Secured Creditor states as follows:

1.    On November 18, 2021 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.    On January 21, 2022, Secured Creditor timely filed Proof of Claim 8-1 as to the real property commonly described as 31 E. Diamond Drive, Palm Coast, FL 32164 (the "Property").   which evidenced a total secured claim of $300,009.77, an arrearage of $57,840.86, and a monthly contractual payment of $1,711.41.

3.    On November 18, 2021, the Debtor filed the Chapter 13 Plan [D.E. 4] (the "Plan").  Pursuant to the Plan, the Debtor intends on participating in Mortgage Modification Mediation ("MMM") and proposes monthly adequate protection payments to Secured Creditor in the amount of $858.15 in months 1 through 60.

4.      Pursuant to the underlying loan documents, the Debtor is required to maintain taxes and insurance on the property.  The Claim is currently being escrowed for forced placed insurance and Debtor is responsible for maintaining the taxes on the property directly with the taxing agency.

5.      The Debtor has failed to maintain taxes on the property in the following amounts:

    a.   2019 county taxes are delinquent in the amount of $2,499.14.   A tax lien certificate was sold in June of 2020.

    b.   2020 county taxes are delinquent in the amount of $2,546.32.   A tax lien certificate was sold in June of 2021.

    c.   2021 county taxes came due March 31, 2022 in the amount of $2,184.66.

6.      On March 1, 2022, the Flagler County Tax Collector filed Proof of Claim # 10, Proof of Claim # 11, and Proof of Claim # 12 (collectively the "Tax Claims") for the abovementioned delinquent taxes.

7.      As of the filing of this instant Motion, the Debtor has not filed an amended Plan that addresses the delinquent taxes.  Secured Creditor has been prejudiced by the Debtor's undue delay as Secured Creditor's interest in the property is not being adequately protected while the Debtor is able to take advantage of the automatic stay. As such, Secured Creditor is requesting that the Debtor be compelled to file an amended plan that addresses the delinquent taxes or provides stay relief to Secured Creditor.

8.      Pursuant to 11 U.S.C § 1307(c)(1), on request of a party in interest, the court may dismiss a case for cause including unreasonable delay by the Debtor that is prejudicial to creditors.  The Debtor's failure to maintain taxes on the property and failure to file a plan that

addresses the delinquent taxes is an unreasonable delay that is extremely prejudicial to Secured Creditor.

9.     Secured Creditor seeks entry of an order directing Debtor to (i) file an amended plan within seven (7) days that either conforms to the Tax Claims or grants Secured Creditor relief from the automatic stay or if the Debtor fails to file an amended plan within seven (7) days, this case will be dismissed without further notice or hearing and (ii) to pay Secured Creditor's reasonable attorney's fees associated with the prosecution of this Motion.

10.     Secured Creditor has attempted to resolve with Debtor's counsel prior to the filing of this Motion.  Secured Creditor has expended additional attorney's fees associated with the filing of this instant Motion and seeks recovery of same.


**WHEREFORE**, Secured Creditor, prays that this Court enter an Order granting the Motion to Compel Debtor to Amend Plan To Address Delinquent Taxes, or in the Alternative, Motion To Dismiss Case, awarding attorney's fees for the prosecution of this Motion, and granting any further relief that this Court deems just and proper.

**Dated this 31st day of March, 2022.**

Respectfully submitted,

**GHIDOTTI ǀ BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd.
North Miami Beach, Florida 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:      /s/ Melbalynn Fisher
          Melbalynn Fisher, Esq.
          Florida Bar No. 107698
          mfisher@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:      /s/ Melbalynn Fisher
          Melbalynn Fisher, Esq.

**Carmen Rivera Baeza**
31 E. Diamond Drive
Palm Coast, FL 32164

**John Roberts**
Attorney and Counselor at Law, PA
300 Interchange Blvd, Suite E
Ormond Beach, FL 32174

**Trustee**
**Douglas W Neway**
Post Office Box 4308
Jacksonville, FL 32201

**U.S. Trustee**
United States Trustee - JAX 13/7, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:    /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.